# REQUEST FOR SUMMONS IN ADVERSARY PROCEEDING

United States Bankruptcy Court
Southern District of Texas

**Re:** Request for Issuance of Summons
**Adversary Proceeding No.:** 25-08829
**Bankruptcy Case No.: 25–36054**

To the Clerk of the Court:

Pursuant to Fed. R. Bankr. P. 7004 and 7005, the Plaintiff hereby requests that the Clerk issue a Summons in the above-referenced adversary proceeding. The complaint initiating this adversary proceeding has been filed, and the Summons is required so that service may be properly completed on all defendants.

**Defendant(s) to be served:**
Trent Lenir Knapp

Plaintiff requests that the Clerk issue one summons for each defendant listed above.

*Famose Garner*
————————————————————————————————————
Signature of Plaintiff / Attorney

Famose Garner
Printed Name

2525 Robinhood, Houston, Texas 77005
Address

832-722-0881
Phone

famose@garnerlawgroup.com

B2500A (Form 2500A) (12/15)

# United States Bankruptcy Court

### __Southern__ District Of __Texas__

In re __Trent Lenir Knapp__ ,                )     Case No. __25-36054__

Debtor                                        )

                                              )     Chapter __7__

                                              )

__Sandy Scoggins__                            )

Plaintiff                                     )

                                              )

v.                                            )     Adv. Proc. No. __25-08329__

                                              )

__Trent Lenir Knapp__                         )

Defendant                                     )

## SUMMONS IN AN ADVERSARY PROCEEDING

YOU ARE SUMMONED and required to file a motion or answer to the complaint which is attached to this summons with the clerk of the bankruptcy court within 30 days after the date of issuance of this summons, except that the United States and its offices and agencies shall file a motion or answer to the complaint within 35 days.

**Address of the clerk:**
Bob Casey United States Courthouse,
515 Rusk Street, 5th Floor
Houston, TX 77002-2600.

At the same time, you must also serve a copy of the motion or answer upon the plaintiff's attorney.

**Name and Address of Plaintiff's Attorney:**
 Famose Garner
Garner Law Group
2525 Robinhood
Houston, Texas 77005

If you make a motion, your time to answer is governed by Fed. R. Bankr. P. 7012.

**IF YOU FAIL TO RESPOND TO THIS SUMMONS, YOUR FAILURE WILL BE DEEMED TO BE YOUR CONSENT TO ENTRY OF A JUDGMENT BY THE BANKRUPTCY COURT AND JUDGMENT BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE COMPLAINT.**

*Nathan Ochsner, Clerk of Court*

Date: December 15, 2025

 *s/ Amy Pearson*
*Signature of Clerk or Deputy Clerk*

B2500A (Form 2500A) (12/15)

## **CERTIFICATE OF SERVICE**

I, <u>Famose T. Garner</u> (name), certify that service of this summons and a copy of the complaint was made <u>November 18, 2025</u> (date) by:

☑ Mail service: Regular, first class United States mail, postage fully pre-paid, addressed to:

> **Russell Van Beustring**
> **Attorney at Law**
> **5110 Waterbeck St**
> **Fulshear, TX 77441**

❑ Personal Service: By leaving the process with the defendant or with an officer or agent of defendant at:

❑ Residence Service: By leaving the process with the following adult at:

❑ Certified Mail Service on an Insured Depository Institution: By sending the process by certified mail addressed to the following officer of the defendant at:

❑ Publication: The defendant was served as follows: [Describe briefly]

☑ State Law: The defendant was served pursuant to the laws of the State of **Texas**, as follows: via mail service to attorney for Defendant, Russell B

If service was made by personal service, by residence service, or pursuant to state law, I further certify that I am, and at all times during the service of process was, not less than 18 years of age and not a party to the matter concerning which service of process was made.

Under penalty of perjury, I declare that the foregoing is true and correct.

Date _____     Signature _____

　　　　　Print Name: _____

　　　　　Business Address: _____

_____